**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

DOUGLASS EARL HOWARD, JR.,

Petitioner

v.

EDWARD BRINTON,

Respondent

: No. 135 MAL 2022
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of July, 2022, the Petition for Allowance of Appeal is **DENIED**.